■ Moss Stores, Inc., Appellant, v 41 East 42nd Street Realty Company et al., Respondents.—Judgment, Supreme Court, New York County, entered on February 26, 1980, unanimously affirmed, on the opinion of Helman, J., at Trial Term. Respondents shall recover of appellant $75 costs and disbursements of this appeal. Concur—Kupferman, J. P., Birns, Fein, Markewich and Bloom, JJ.

■ The People of the State of New York, Respondent, v Henry Billingsley, Appellant.—Judgment, Supreme Court, Bronx County, rendered on June 19, 1979, and order of said court entered on October 18, 1979, unanimously affirmed. The case is remitted to the Supreme Court, Bronx County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur—Kupferman, J. P., Birns, Fein, Markewich and Bloom, JJ.

■ The People of the State of New York, Respondent, v Kenneth Vaughan, Appellant.—Judgment, Supreme Court, New York County, rendered on January 3, 1979, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Kupferman, J. P., Birns, Fein, Markewich and Bloom, JJ.

■ Arkwright-Boston Manufacturers Mutual Insurance Company et al., Respondents, v Calvert Fire Insurance Company et al., Defendants, and Fortress Reinsurance Managers, Inc., Appellant.—Order, Supreme Court, New York County, entered on March 6, 1980, unanimously affirmed. It is obvious that there was a typographical error and that it is Interrogatory 2(c) that is referred to and not 7(c). The answers to the interrogatories are directed to be served within 30 days after service of a copy of this court's order. Respondents shall recover of appellant $50 costs and disbursements of this appeal. The appeal from the order of said court entered on May 17, 1979 is dismissed as subsumed in the order of March 6, 1980, without costs and without disbursements. No opinion. Concur—Kupferman, J. P., Birns, Markewich and Yesawich, JJ.

■ Helmsley-Spear, Inc., Respondent, v Frank Winter et al., Appellants.—Motion insofar as it seeks a stay granted as indicated in the order of this court and insofar as it seeks leave to appeal to the Court of Appeals granted and the following question certified: "Was the order of this court, which modified the order of the Supreme Court, properly made?" Concur—Fein, J. P., Sandler, Sullivan, Silverman and Carro, JJ. [101 Misc 2d 17.]

■ Robert Abrams, as Attorney-General of the State of New York, Appellant, v Meade H. Esposito, Respondent.—Motion, insofar as it seeks reargument denied, and insofar as it seeks leave to appeal to the Court of Appeals granted and the following question certified: "Was the order of this court, which reversed the order of the Supreme Court, properly made?" Concur—Sullivan, J. P., Silverman, Lynch and Carro, JJ.